AUSTIN *v.* GEORGIA LOAN AND TRUST COMPANY.

FISH, J. There was no material error in admitting the evidence objected to ; the evidence was not such as to demand a verdict in favor of the plaintiff ; consequently this court will not set aside the judgment in favor of the defendant, rendered by the judge, before whom the case was tried without the intervention of a jury.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 1, — Decided April 2, 1902.

Complaint. Before Judge Nottingham. City court of Macon. January 26, 1901.

*Lane & Park* and *John D. Humphries,* for plaintiff.
*Anderson & Grace,* for defendant.